```
                          United States Bankruptcy Court
                             Northern District of Ohio
In re:                                                      Case No. 13-51196-mss
James M Blazek                                              Chapter 7
Heather M Blazek
         Debtors
                              CERTIFICATE OF NOTICE
District/off: 0647-5        User: admin               Page 1 of 2         Date Rcvd: Apr 30, 2013
                            Form ID: 227ia            Total Noticed: 18


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 02, 2013.
db/db     +James M Blazek,   Heather M Blazek,   8426 Forestview Circle,   Macedonia, OH 44056-2066
tr        +Robert S. Thomas, II,   1653 Merriman Road, #203,   Akron, OH 44313-5287
22289605  +Bill Me Later ( PayPal ),   PO Box 105658,   Atlanta, GA 30348-5658
22289612   Fifth Third Bank,   PO Box 740789,   Macedonia, OH 44056
22289615   Kia Motors Finance,   PO Box 660891,   Dallas, TX 75266-0891
22289617   Visa - First National Bank of Omaha,   PO Box 2557,   Omaha, NE 68103-2557
22289618   Visa Chase Freedom,   PO Box 15153,   Wilmington, DE 19886-5153
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty        E-mail/Text: tim@attorneytimthomas.com Apr 30 2013 22:44:00     Timothy R Thomas,
            402 S. Chestnut Street,   Ravenna, OH  44266-2214
22289603   EDI: CHASE.COM Apr 30 2013 22:33:00      Amazon.Com - Chase,   PO Box 15153,
            Wilmington, DE 19886-5153
22289606   EDI: CHASE.COM Apr 30 2013 22:33:00      BP Cardmember Service,   PO Box 15153,
            Wilmington, DE 19886-5153
22289604   EDI: BANKAMER.COM Apr 30 2013 22:33:00      Bank of America,   PO Box 15019,
            Wilmington, DE 19886-5019
22289607   EDI: RMSC.COM Apr 30 2013 22:33:00      Care Credit/GECRB,   PO Box 960061,
            Orlando, FL 32896-0061
22289608   EDI: CHASE.COM Apr 30 2013 22:33:00      Chase Bank,   PO Box 15153,   Wilmington, DE 19886-5153
22289610   EDI: CITICORP.COM Apr 30 2013 22:33:00      Citi Card,   PO Box 183113,   Columbus, OH 43218-3113
22289611   EDI: DISCOVER.COM Apr 30 2013 22:33:00      Discover,   PO Box 6103,   Carol Stream, IL 60197-6103
22289613   EDI: RMSC.COM Apr 30 2013 22:33:00      GE Capital Retail Bank,   PO Box 960061,
            Orlando, FL 32896-0061
22289614   EDI: HFC.COM Apr 30 2013 22:33:00      HSBC Retail Services,   PO Box 5238,
            Carol Stream, IL 60197-5238
22289616   EDI: STF1.COM Apr 30 2013 22:33:00      Suntrust Mortgage, Inc.,   PO Box 79041,
            Baltimore, MD 21279-0041
                                                                                             TOTAL: 11

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
22289609*    +Chase Bank,   PO Box 15153,   Wilmington, DE 19886-5153
                                                                                 TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 02, 2013**          **Signature:**          *Joseph Speetjens*

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 30, 2013 at the address(es) listed below:
              Robert S. Thomas, II    rsttrustee@yahoo.com,  oh68@ecfcbis.com
              Timothy R Thomas    on behalf of Debtor Heather M Blazek tim@attorneytimthomas.com
              Timothy R Thomas    on behalf of Debtor James M Blazek tim@attorneytimthomas.com
                                                                                          TOTAL: 3

| Form ohnb 9A (Chapter 7 Individual or Joint Debtor No Asset Case) (12/12) | Case Number 13−51196−mss |
|---|---|

# United States Bankruptcy Court for the Northern District of Ohio

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A Chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on April 26, 2013. You may be a creditor of the debtor. **This notice lists important deadlines and explanations of your rights and duties.** Please read both sides of this notice.

### Case Information

**Case Number:** 13−51196−mss

**Debtor(s):**
James M Blazek
8426 Forestview Circle
Macedonia, OH 44056

Heather M Blazek
8426 Forestview Circle
Macedonia, OH 44056

**Other names used by the Debtor(s) in the last 8 years:**

**Last Four Digits of Debtor's Social Security Number or Individual Taxpayer ID Number (ITIN)/Complete EIN:**
xxx−xx−6818
xxx−xx−2713

**Attorney for Debtor:**
Timothy R Thomas
402 S. Chestnut Street
Ravenna, OH 44266−2214
Telephone number: (330) 296−3804

**Bankruptcy Trustee:**
Robert S. Thomas II
1653 Merriman Road, #203
Akron, OH 44313
Telephone number: 330−253−5738

### Meeting of Creditors

All debtors **must** bring the following proofs of identification to the meeting of creditors:

- Valid, unexpired photo identification (driver's license, state ID, employee ID, etc.). If the case is a joint filing, both debtors must have identification; AND
- Proof of social security number. Government− or employer−issued documentation, such as social security card, IRS tax transcript, W−2, or 1099, is acceptable proof.

**Date:** June 17, 2013
**Time:** 11:00 AM
**Location:** First Energy Building, Atrium Level #120, 76 S Main St, Akron, OH 44308

### Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on the other side of this notice.*

The presumption of abuse does not arise.

### Deadlines

*Papers must be received by the bankruptcy clerk's office by the stated deadline.*

**Deadline to File a Proof of Claim:** *Please do not file a proof of claim unless you receive a notice to do so.*

**Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts:** August 16, 2013

**Deadline to Object to Exemptions:** 30 days after the *conclusion* of the meeting of creditors.

| Address of the Bankruptcy Court Clerk's Office: | For the Court: |
|---|---|
| 455 John F. Seiberling Federal Building<br>US Courthouse<br>2 South Main Street<br>Akron, OH 44308 | Clerk of the Bankruptcy Court:<br>Kenneth J. Hirz<br><br>**Date:** April 30, 2013 |

**Refer to Other Side of this Notice for Important Explanations**

# EXPLANATIONS

**Filing of Chapter 7 Bankruptcy Case:**
A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the other side of this notice, and an order for relief has been entered.

**Creditors Generally May Not Take Certain Actions:**
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor, the debtor's property, and certain codebtors. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Prohibited collection actions against the debtor and certain codebtors are listed in Bankruptcy Code § 362. Common examples of prohibited actions include contacting the debtor by telephone, mail, or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages.

**Presumption of Abuse:**
If the presumption of abuse arises, creditors have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances.

**Meeting of Creditors:**
A meeting of creditors is scheduled for the date, time, and location listed on the other side of this notice. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court.

**Claims:**
There does not appear to be any property available to the trustee to pay creditors. *Therefore, you should not file a Proof of Claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a Proof of Claim, and telling you the deadline for filing your Proof of Claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline.
*Do not include this notice with any proof of claim or other filing you submit to the court.*

**Discharge of Debts:**
The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code § 727(a), *or* that a debt owed to you is not dischargeable under Bankruptcy Code § 523(a)(2), (4), or (6), you must start a lawsuit by filing a complaint –– or a motion if you assert the discharge should be denied under § 727(a)(8) or (a)(9) –– in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the other side of this notice. The bankruptcy clerk's office must receive the motion or complaint and any required filing fee by that deadline.

**Exempt Property:**
The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect the list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objection by the "Deadline to Object to Exemptions" listed on the other side of this notice.

**Bankruptcy Clerk's Office:**
Any paper that you file in this bankruptcy case must be filed at the bankruptcy clerk's office at the address listed on the other side of this notice. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. The clerk's office is open Monday through Friday from 9:00 AM to 4:00 PM, except on federal holidays. Additional information can be found on the court's website at www.ohnb.uscourts.gov, including Forms, Local Bankruptcy Rules, Administrative and General Orders, Judges' Hearing Dockets, the United States Code, and the Federal Rules of Bankruptcy Procedure.

**Legal Advice:**
The staff of the bankruptcy clerk's office is not permitted to give legal advice. You may want to consult an attorney to determine your rights in this case. If you are a creditor with a foreign address, you should consult with a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case.

**Refer to Other Side of this Notice for Important Deadlines and Notices**